# EXHIBIT 2

**Image A**

### CRR Automated Search App Ver 3
Desktop » CRR



**Protect Workbook**
Control what types of changes people can make to this workbook.



**Inspect Workbook**
Before publishing this file, be aware that it contains:
- Document properties, printer path, author's name and absolute path
- Macros, forms, or ActiveX controls
- Content that people with disabilities are unable to read

**Versions**
There are no previous versions of this file.

**Properties ▾**

| | |
|---|---|
| Size | 524KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

**Related Dates**

| | |
|---|---|
| Last Modified | 8/3/2017 6:03 PM |
| Created | 5/19/2016 9:40 AM |
| Last Printed | |

**Related People**



Author — Neil Zaccari

**Image B**

# Info

### Concise App  V6.00
Desktop



**Protect Workbook**
Control what types of changes people can make to this workbook.



**Inspect Workbook**
Before publishing this file, be aware that it contains:
- Document properties, document server properties, content type information, printer path, author's name and absolute path
- Hidden columns
- Invisible objects
- Custom XML data
- Macros, forms, or ActiveX controls
- Content that people with disabilities are unable to read

**Properties ▾**

| | |
|---|---|
| Size | 685KB |
| Title | RDT Search App |
| Tags | Add a tag |
| Categories | Add a category |

**Related Dates**

| | |
|---|---|
| Last Modified | 5/16/2017 8:55 AM |
| Created | 5/19/2016 9:40 AM |
| Last Printed | |

**Related People**



Author — Mary.Hitt@dcma.mil
Matthew.Melanson@dcma.mil