# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NEIL ZACCARI<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 1:18-cv-945<br><br>Judge Patricia E. Campbell-Smith |

## STATUS REPORT REGARDING A STAY AND PROPOSED SCHEDULE

On April 2, 2019, the Court ordered the parties to provide a status report, indicating the parties positions regarding a "stay of in this matter pending the outcome of related litigation in the district courts, and an agreed upon schedule for proposed further proceedings" in the event that a stay is not granted. *Opinion*, ECF No. 20 (Apr. 2, 2019). The parties have conferred and offer the following report.

### I. Status of Other Cases

The litigation in the U.S. District Court for the District of Columbia—*Zaccari v. Apprio, Inc.*, Case No. 1:18-cv-1560 (D. D.C.), and *Apprio, Inc. v. Zaccari*, Case No. 1:18-cv-2180 (D. D.C.)—have been consolidated. Apprio filed a motion to dismiss in Case No. 1:18-cv-1560, challenging *inter alia* Mr. Zaccari's averments of ownership of the CCR software at issue in these cases. That motion is currently pending. The district court has not indicated when a ruling should be expected.

In Case No. 1:18-cv-2180, Apprio claims that it owns the CCR software by assignment through Mr. Zaccari's employment agreement. Consequently, the issue of ownership of the CCR software is fully joined in the district court.

1

The United States (the Government) filed a statement of interest pursuant to 28 U.S.C. § 517 in Case No. 1:18-cv-1560. In that statement, the Government invoked its "authorization and consent" pursuant to 28 U.S.C. 1498(b). The statement was filed on March 11, 2019.

Mr. Zacarri's suit in the Eastern District of Virginia—*Zaccari v. Discovery Techs. LLC*, Case No. 3:18-cv-00453 (E.D. Va.). The district court dismissed Mr. Zaccari's copyright infringement and statutory conspiracy claims while keeping before it Mr. Zaccari's misappropriation of a trade secret claim. That case is now stayed pending a determination in the *Apprio* case of the ownership of the CCR software.

## II. The Parties Views on a Stay

The United States submits that a stay is both appropriate and advisable. As noted above, the parties to the District of Columbia litigation are presently litigating the issue of ownership of the CCR software, the same software that is at issue before this Court. As the seminal issue in any copyright claim, the ownership of the work at issue rightfully must be determined first. All other elements of the copyright claim are of little importance if the plaintiff is not the owner of the rights it seeks to assert. And neither the parties nor the Court should expend resources that may ultimately prove wasteful should the ownership be decided in favor of the employer, Apprio. Further, the district court—having both the employer and former employee before it—is in a better position to address the employment agreement that underlies ownership issues. Accordingly, the Government submits that this case should be stayed until a final resolution of all copyright issues in the District of Columbia litigation.

Plaintiff submits his agreement with the Government that this case should be stayed until a final resolution of all copyright ownership issues in the District of Columbia litigation.

### III. Proposed Schedule

In the event that a stay is not granted, the following schedule is proposed:

| | |
|---|---|
| Government's Answer | June 3, 2019 |
| Early Meeting of Counsel | At the parties' convenience, but not later than June 28, 2019 |
| Joint Preliminary Status Report & Initial Disclosures | July 12, 2019 |
| Scheduling Conference to Set Pretrial and Trial Schedule | At the Court's convenience |
| Fact Discovery Opens | July 29, 2019 |
| Fact Discovery Closes | January 31, 2020 |
| Plaintiff's Expert Reports | March 6, 2020 |
| Defendant's Expert Reports | April 3, 2020 |
| Plaintiff's Reply Reports | April 24, 2020 |
| Expert Discovery Opens | May 8, 2020 |
| Expert Discovery Closes | May 22, 2020 |
| Evidentiary Trial (estimate 7 days) | At the Court's convenience after June 1, 2020 |

Respectfully submitted:

                        JOSEPH H. HUNT
                        Assistant Attorney General

| s/ *Kirk T. Schroder* | s/ *Gary L. Hausken* |
|---|---|
| Kirk T. Schroder (VSB No. 27469) | GARY L. HAUSKEN |
| kschroder@schroderbrooks.com | Director |
| SCHRODER BROOKS PLC | Commercial Litigation Branch |
| 2310 West Main Street, Suite 108 | Civil Division |
| Richmond, Virginia 23220 | U.S. Department of Justice |
| (T) 804-510-0700 | Washington, D.C. 20530 |
| (F) 804-510-0707 | |
| *Attorney of Record for Plaintiff* | *Attorneys for the United States* |

April 26, 2019